PROB. 35 (Rev. 7/04)      Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      *v.*        Docket # 4:14CR03134

**Brianna Celeste Lucio**

On August 21, 2014, Brianna Celeste Lucio was sentenced to 3 years probation in the District of Arizona. The period of probation commenced on August 21, 2014, and jurisdiction of her case was transferred to the District of Nebraska on January 20, 2015. Ms. Lucio has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Brianna Celeste Lucio be discharged from supervision.

Respectfully submitted,

*Karen D. Bucksbee*

Karen Bucksbee
U.S. Probation and Pretrial Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of December, 2016.

s/ Richard G. Kopf
The Honorable Richard G. Kopf
Senior United States District Judge